# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

RICARDO PONCE,

        Plaintiff,

    vs.

TEMPUR SEALY INTERNATIONAL, INC.; and DOES 1-30, inclusive,

        Defendants.

Case No. 3:24-cv-06454-JCS

[~~PROPOSED~~] **ORDER GRANTING JOINT STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE**

State Action Filed: 07/29/2024
Removal Date: 09/13/2024
Trial Date: None Set
Magistrate Judge: Joseph C. Spero

Having reviewed the parties' Joint Stipulation of Action With Prejudice, and good cause appearing, the Court ORDERS this Action be dismissed in its entirety, with prejudice.

IT IS SO ORDERED.

Date: February 10, 2026

_____
HON. JOSEPH C. SPERO
UNITED STATES DISTRICT COURT

ORDER GRANTING JOINT STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE